**No. 11-7387. Osbaldo Oswaldo Sarabia, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1047, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 152.

January 9, 2012. Petition for a writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 48.

**No. 11-7389. Luis R. Figueroa, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1047, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 30.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7396. Shawn Green, Petitioner v. Brian Fischer, Commissioner, New York Department of Correctional Services.**

565 U.S. 1130, 132 S. Ct. 1047, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 94.

January 9, 2012. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 77 App. Div. 3d 1011, 908 N.Y.S.2d 757.

**No. 11-7399. Raul Ernest Alonso-Prieto, aka Charles Powell, aka**

**Kenneth Robert Murphy-Peterson, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1047, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 290.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 446 Fed. Appx. 937.

**No. 11-7401. John David Anderson, Jr., Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1048, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 69.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 422 Fed. Appx. 259.

**No. 11-7411. Herbert Sperling, Petitioner v. David Ebbert, Warden.**

565 U.S. 1130, 132 S. Ct. 1048, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 350.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 438 Fed. Appx. 68.

**No. 11-7412. Charles States, Petitioner v. United States.**

565 U.S. 1130, 132 S. Ct. 1048, 181 L. Ed. 2d 769, 2012 U.S. LEXIS 20.

January 9, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 652 F.3d 734.